1 MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
2 P.O. Box 129
Alameda, CA 94501
3 Telephone: (510) 523-4702

4 Attorney for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CORRINE MARSHALL, <br><br> Defendant, <br><br> and <br><br> Kaiser Permanente, <br><br> Garnishee. | Case No. C91-03058 <br><br> **ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |

Upon consideration of the United States' Application for Writ of Continuing Garnishment, finding that the Application complies with the requirements of 28 U.S.C. §§ 3203 and 3205, and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment be and hereby is granted.

IT IS FURTHER ORDERED that the Clerk of the Court issue a Writ of Continuing Garnishment to Kaiser Permanente as Garnishee for the purpose of garnishing the defendant-judgment debtor's nonexempt disposable earnings.

Plaintiff shall serve this order upon all parties.

Dated: January 27, 2009

_____
UNITED STATES MAGISTRATE JUDGE